Argued and submitted February 28, affirmed December 26, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RICHARD FRANK DUBLE,
*Defendant-Respondent.*

Jackson County Circuit Court
052351MI; A130136

174 P3d 1115

Peter Carini argued the cause and filed the brief for appellant.

Laura S. Anderson, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Affirmed. *State v. Rodriguez*, 217 Or App 24, 175 P3d 471 (2007).